ORIGINAL

DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 15 2006

CLERK, U.S. DISTRICT COURT
By _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STEVEN W. QUICK     )
            )
V.            )    3-05-CV-2188-M
            )
CHIEF OF POLICE ROSENBERRY, et al )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions

and a recommendation in this case. No objections were filed. The District Court reviewed the

proposed findings, conclusions and recommendation for plain error. Finding none, the Court

accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 15 day of March 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE